Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants GSK Research, Inc. d/b/a VRI Research & KGS Research, Inc., d/b/a VRI Research*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>GSK RESEARCH, INC. d/b/a VRI RESEARCH, and KGS RESEARCH, INC., d/b/a VRI RESEARCH,<br><br>Defendants. | Case No.: 2:26-cv-03093-GMN-BNW<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendants GSK Research, Inc. d/b/a VRI Research ("Defendant GSK") and KGS Research, Inc., d/b/a VRI Research ("Defendant KGS") (collectively referred to as the "Defendants"), by and through their undersigned counsel, hereby move this Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Rules IA 6-1 and 7-1 of the Local Rules of Practice for the United States District Court for the District of Nevada, for an order extending the deadline for Defendants to answer or otherwise respond to the First Amended Complaint filed by Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff" or the "EEOC") (ECF No. 5) from November 5, 2026, to November 19, 2026, fourteen (14) days from the original deadline.

Defendants' failure to respond by November 5, 2026, resulted from excusable neglect: a good-faith calendaring error caused by incomplete service information, which counsel moved to cure immediately upon discovery. Plaintiff initially agreed to this exact extension and executed a stipulation to that effect, but later withdrew its agreement. This is Defendants' first request for an extension of this deadline. This Motion is based on the following Memorandum of Points and Authorities, the Declaration of Noel M. Hernandez ("Hernandez Decl.") attached hereto, the papers and pleadings on file, and any argument the Court may permit.

DATED this 5th day of November, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Noel M. Hernandez*
Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
*Attorneys for Defendants GSK Research, Inc. d/b/a VRI Research & KGS Research, Inc., d/b/a VRI Research*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. RELEVANT BACKGROUND

Plaintiff filed a Complaint in this action on September 25, 2026. (ECF No. 1.) Unbeknownst to Defendants' counsel, Defendants were allegedly served with the Summons and Complaint on October 2, 2026. (ECF Nos. 6, 6-1, 6-2.) Before Defendants' response to the original Complaint was due, Plaintiff filed its First Amended Complaint ("FAC") on October 16, 2026 (ECF No. 5), and Defendants were served with the FAC on October 22, 2026. (Hernandez Decl. ¶ 3; ECF Nos. 6-3, 6-4.) On November 3, 2026, Plaintiff filed the executed summonses and proofs of service reflecting service of both the Complaint and the FAC on Defendants. (ECF No. 6.) On November 5, 2026, Defendants reviewed the docket and for the first time, became aware of the purported October 2, 2026 service of the original Complaint, the same day as this Motion. (Hernandez Decl. ¶ 5.)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

Under Federal Rule of Civil Procedure 15(a)(3), "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3). Because Defendants' time to respond to the original Complaint ran on October 23, 2026, see Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants' response to the FAC is due fourteen days after service of the FAC, or November 5, 2026.

When Defendants transmitted the matter to counsel, the only service document they forwarded was the proof of service for the FAC dated October 22, 2026, and counsel's understanding at that time was that the FAC was the first pleading served on Defendants. (Hernandez Decl. ¶¶ 3-4.) On that understanding, counsel calendared Defendants' response deadline as twenty-one days after service of the FAC under Rule 12(a)(1)(A)(i), or November 12, 2026. (*Id.*)

On November 5, 2026, undersigned counsel became aware of the certificate of service purporting to have served Defendants with the original Complaint on October 2, 2026, and asked Plaintiff's counsel to agree to a fourteen-day extension of Defendants' response deadline, to November 19, 2026. (Hernandez Decl. ¶¶ 5-6, Ex. 1.) Plaintiff agreed. (*Id.*) At 2:57 p.m. pst, Plaintiff's counsel, Derek W. Li, returned the proposed Stipulation and Order with Plaintiff's revisions, confirming that "the EEOC has agreed to a fourteen (14) day extension of time up to and including November 19, 2026," and approving the use of his electronic signature. (*Id.* ¶ 6, Ex. 1.) However, 30 minutes later, Plaintiff's counsel advised that Plaintiff was withdrawing its agreement to the stipulation but that it would not oppose Defendants motion to extend their deadline. (*Id.* ¶ 7, Ex. 2.) Because the stipulation could no longer be filed, Defendants promptly prepared and filed this Motion on November 5, 2026, seeking the same fourteen-day extension Plaintiff had already approved and does not oppose.

Therefore, Defendants require additional time to investigate the service of the original Complaint, investigate the Plaintiff's allegations, gather and review relevant documents, consult with Defendants, and evaluate potential defenses, including what other remedies may be appropriate.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 6(b)(1)(B) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Rule 6(b)(1) "is to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal quotation marks omitted). Likewise, Local Rule IA 6-1(a) provides that a request made after the expiration of the specified period will be granted where the movant demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect, and requires that the motion state the reasons for the extension and inform the Court of all previous extensions of the subject deadline. LR IA 6-1(a).

Whether neglect is "excusable" is "at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission," including "the danger of prejudice to the [non-moving party], the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993). The Ninth Circuit applies the *Pioneer* factors to Rule 6(b) motions. *Briones v. Riviera Hotel & Casino*, 116 F.3d 379, 381–82 (9th Cir. 1997); *Ahanchian*, 624 F.3d at 1261. "Excusable neglect" is not limited to circumstances beyond the movant's control; it may encompass simple, faultless omissions as well as omissions caused by carelessness. *Pioneer*, 507 U.S. at 388, 394; *Bateman v. U.S. Postal Serv.*, 231 F.3d 1220, 1223–24 (9th Cir. 2000). The Ninth Circuit has held that a calendaring mistake can constitute excusable neglect. *Pincay v. Andrews*, 389 F.3d 853, 855, 859–60 (9th Cir. 2004) (en banc).

## III. ARGUMENT

Each of the *Pioneer* factors weighs in favor of finding that Defendants' failure to respond to the FAC by November 5, 2026, was the result of excusable neglect.

*First, there is no danger of prejudice to Plaintiff.* Plaintiff's own conduct confirms as much: Plaintiff agreed to this exact fourteen-day extension, to November 19, 2026, approved a

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

stipulation saying so before withdrawing its agreement, and agreed not to oppose this Motion. (Hernandez Decl. ¶¶ 6-7, Exs. 1-2.)

*Second, the length of the delay is minimal and will have no meaningful impact on the proceedings.* Defendants identified the error on the very day the response came due and immediately sought Plaintiff's agreement to a short extension. (*Id.* ¶¶ 5-7.) Defendants then filed this Motion on November 5, 2026, the day the responsive pleadings are due. The delay will not affect any scheduling order, hearing, or other deadline, because none exist.

*Third, the reason for the delay was a good-faith calendaring error caused by incomplete service information.* When Defendants transmitted this matter to counsel, they forwarded only the FAC served on October 22, 2026, and counsel reasonably understood the FAC to be the first pleading served. (*Id.* ¶¶ 3-4.) On that understanding, counsel calendared the response deadline as twenty-one days after service, or November 12, 2026. (*Id.* ¶ 4.) The proofs of service reflecting service of the original Complaint on October 2, 2026, which triggered the shorter fourteen-day period of Rule 15(a)(3), were not filed until November 3, 2026, and Defendants for counsel were not aware of the purported service. (*Id.* ¶ 5; ECF Nos. 6, 6-1, 6-2.)

*Fourth, Defendants and their counsel have acted in good faith throughout.* Counsel immediately disclosed the issue, sought Plaintiff's agreement to a short extension, and obtained it before Plaintiff changed its position. (Hernandez Decl. ¶¶ 6-7, Exs. 1-2.) Notably, Plaintiff's does not oppose this Motion.

Defendants do not seek delay for its own sake; they seek a single, defined extension equal to the one Plaintiff already approved, so that they can investigate the allegations and prepare a response that fully and accurately addresses the FAC. Counsel is also continuing its due diligence to confirm the service history and all case dates to prevent any further calendaring error. There is no indication of bad faith, and the strong policy favoring resolution of cases on their merits supports relief. *See Ahanchian*, 624 F.3d at 1259, 1262. In compliance with Local Rule IA 6-1(a), Defendants advise the Court that this is their first request for an extension of the deadline to respond to the FAC, and no prior extensions of this deadline have been sought or granted.

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

Defendants file this Motion without waiving, and expressly preserve, all defenses and objections available under Federal Rule of Civil Procedure 12(b).

**IV. <u>CONCLUSION</u>**

For the foregoing reasons, Defendants respectfully request that the Court grant this Motion and extend the deadline for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint to and including November 19, 2026.

DATED this 5th day of November, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*<u>/s/ Noel M. Hernandez</u>*
Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants GSK Research, Inc. d/b/a VRI Research & KGS Research, Inc., d/b/a VRI Research*

IT IS SO **ORDERED**.

**UNITED STATES MAGISTRATE JUDGE**
**DATED:** November 6, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing, to the following registrants:

Beatriz Biscardi Andre
Sophia Tarazi
Gaganjyot Sandhi
Derek W. Li

*Attorneys for Plaintiff*

DATED this 5th day of November, 2026.

*/s/ Monica Gonzalez*
AN EMPLOYEE OF OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.

Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants GSK Research, Inc. d/b/a VRI Research & KGS Research, Inc., d/b/a VRI Research*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

vs.

GSK RESEARCH, INC. d/b/a VRI RESEARCH, and KGS RESEARCH, INC., d/b/a VRI RESEARCH,

Defendants.

Case No.: 2:26-cv-03093-GMN-BNW

**DECLARATION OF NOEL M. HERNANDEZ IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, Noel M. Hernandez, being first duly sworn, declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of Nevada and Shareholder with Ogletree Deakins, representing Defendants GSK Research, Inc. d/b/a VRI Research ("Defendant GSK") and KGS Research, Inc., d/b/a VRI Research ("Defendant KGS") (collectively referred to as the "Defendants") in this matter.

2. I have personal knowledge of the facts set forth in this Declaration, except where stated on information and belief, and if called as a witness I could and would testify competently to them.

3. On October 29, 2026, Defendants sent my office the proof of service for Plaintiff's First Amended Complaint ("FAC") (ECF No. 5), which was served on Defendants on October 22, 2026.

4. Based on the documents Defendants provided and my understanding at that time that the FAC was the first pleading served on Defendants, I calendared Defendants' deadline to respond to the FAC as twenty-one days after service under Federal Rule of Civil Procedure 12(a)(1)(A)(i), or November 12, 2026.

5. Upon reviewing the docket on November 5, 2026, I learned for the first time that, on November 3, 2026, Plaintiff filed executed summonses and proofs of service (ECF No. 6) reflecting that Defendants were served with the original Summons and Complaint on October 2, 2026. As a result, the time for Defendants to respond to the original Complaint expired on October 23, 2026, and under Federal Rule of Civil Procedure 15(a)(3), Defendants' response to the FAC is due fourteen days after service of the FAC, or November 5, 2026.

6. On November 5, 2026, I asked Plaintiff's counsel to agree to a fourteen-day extension of Defendants' deadline to respond to the FAC, to November 19, 2026, and circulated a proposed Stipulation and Order. That same day at 2:57 p.m. pst, Plaintiff's counsel, Derek W. Li, agreed, and returned the proposed Stipulation and Order with Plaintiff's minimal revisions and his electronic signature. A true and correct copy of the email correspondence and Stipulation and Order as revised and returned by Plaintiff's counsel is attached hereto as **Exhibit 1**.

7. 30 minutes later, at 3:30 p.m. pst, Plaintiff's counsel advised me via email that Plaintiff was withdrawing its agreement to the stipulated extension and that he would not oppose a motion to extend the deadline. A true and correct copy of the email correspondence from Plaintiff's counsel is attached hereto as **Exhibit 2**.

8. Because the stipulation could no longer be submitted, Defendants' Motion to Extend Time was promptly prepared and filed on November 5, 2026.

9. This is Defendants' first request for an extension of the deadline to respond to the FAC. The request is made in good faith and not for the purpose of delay.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, and the laws of the State of Nevada that the foregoing is true and correct.

Executed on the 5th day of November, 2026.

*/s/ Noel M. Hernandez*

Noel M. Hernandez

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

Case 2:26-cv-03093-GMN-BNW Document 7 Filed 11/05/26 Page 1 of 12

# Exhibit 1

# November 5, 2026, 2:57pm Email & Stipulation and Order

## Hernandez, Noel M.

**From:** DEREK LI <DEREK.LI@EEOC.GOV>
**Sent:** Thursday, November 5, 2026 2:57 PM
**To:** Hernandez, Noel M.; Martin, Anthony (Tony) L.
**Cc:** Risucci, Vincent M.; Gonzalez, Monica; BEATRIZ ANDRE; SOPHIA TARAZI; GAGANJYOT SANDHU
**Subject:** RE: [External] RE: EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter
**Attachments:** SAO to Extend Time to Respond to Plaintiff's First Amended Complaint (1st Req(101906264.1) 1 (EEOC to Def.).doc

***[Caution: Email received from external source]***

I have attached a draft with a few edits from the EEOC in red. If acceptable, the EEOC approves of the filing of a clean version of the attachment.

**From:** Hernandez, Noel M. <noel.hernandez@ogletree.com>
**Sent:** Thursday, November 5, 2026 2:39 PM
**To:** DEREK LI <DEREK.LI@EEOC.GOV>; Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>
**Cc:** Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>; Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>; BEATRIZ ANDRE <BEATRIZ.ANDRE@EEOC.GOV>; SOPHIA TARAZI <SOPHIA.TARAZI@EEOC.GOV>; GAGANJYOT SANDHU <GAGANJYOT.SANDHU@EEOC.GOV>
**Subject:** RE: [External] RE: EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter
**Importance:** High

You don't often get email from noel.hernandez@ogletree.com. Learn why this is important

Good afternoon,

I'm copying the rest of the team listed in the caption of the First Amended Complaint. Defendants request a brief 14 day extension to file their response to the EEOC's First Amended Complaint. The new deadline would be November 19, 2026. If agreeable, I have attached a draft stipulation and order for your review and signature.

We currently have the deadline calendared for today, so your prompt response is greatly appreciated.

We appreciate this professional courtesy.

**Noel M. Hernandez | Ogletree Deakins**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 702-369-6802
noel.hernandez@ogletree.com | www.ogletree.com | Bio

**From:** Hernandez, Noel M. <noel.hernandez@ogletree.com>
**Sent:** Thursday, November 5, 2026 1:52 PM
**To:** DEREK LI <DEREK.LI@EEOC.GOV>; Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>
**Cc:** Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>; Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>

**Subject:** RE: [External] RE: EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter

Hi Derek,

We intend to file an Answer.

**Noel M. Hernandez | Ogletree Deakins**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 702-369-6802
noel.hernandez@ogletree.com | www.ogletree.com | Bio

---

**From:** DEREK LI <DEREK.LI@EEOC.GOV>
**Sent:** Thursday, November 5, 2026 1:50 PM
**To:** Hernandez, Noel M. <noel.hernandez@ogletree.com>; Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>
**Cc:** Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>; Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>
**Subject:** RE: [External] RE: EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter

***[Caution: Email received from external source]***

---

Thanks for reaching out. Will the Defendants be filing an Answer or some other response?

---

**From:** Hernandez, Noel M. <noel.hernandez@ogletree.com>
**Sent:** Thursday, November 5, 2026 1:36 PM
**To:** DEREK LI <DEREK.LI@EEOC.GOV>; Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>
**Cc:** Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>; Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>
**Subject:** [External] RE: EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter

You don't often get email from noel.hernandez@ogletree.com. Learn why this is important

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi Derek,

Defendants request a brief 14 day extension to file their response to the EEOC's First Amended Complaint. The new deadline would be November 19, 2026. If agreeable, I have attached a draft stipulation and order for your review and signature.

We appreciate this professional courtesy.

Thank you,
Noel

**Noel M. Hernandez | Ogletree Deakins**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 702-369-6802
noel.hernandez@ogletree.com | www.ogletree.com | Bio

---

**From:** DEREK LI <DEREK.LI@EEOC.GOV>
**Sent:** Tuesday, October 20, 2026 3:55 PM
**To:** Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>; Hernandez, Noel M. <noel.hernandez@ogletreedeakins.com>
**Subject:** EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter

***[Caution: Email received from external source]***

---

Please find attached to this email the EEOC's First Amended Complaint, which was filed on October 16, 2026, and is being served. The amended complaint is to correct the spelling of Mr. Westley Dunn's name and to clarify the disparate treatment claim of Ms. Wilson.

Please also find attached to this email is EEOC's letter on Defendant's preservation obligations.

If you have any questions, please let me know.

**Derek Li** (*he/him*)
**Senior Trial Attorney**
Los Angeles District Office
U.S. Equal Employment Opportunity Commission
255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
☎(213) 785-3077 🖶(213) 894-1301
✉derek.li@eeoc.gov
**Web:** www.EEOC.gov

Get EEOC news in your inbox.
Sign up here.

E-MAIL CONFIDENTIALITY NOTICE: This communication, including any attachments, is from the U.S. Equal Employment Opportunity Commission, Los Angeles District Office, and contains confidential information intended only for the addressee(s). The information contained in the transmission may also be privileged and/or subject to attorney work-product protection, and exempt from disclosure under applicable law. If you are not the intended recipient, any use, dissemination, distribution or copying of this document or its contents is strictly prohibited. If you have received this communication in error please contact the sender via e-mail immediately and destroy all copies of the original message.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants GSK Research, Inc. d/b/a VRI Research & KGS Research, Inc., d/b/a VRI Research*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

vs.

GSK RESEARCH, INC. d/b/a VRI RESEARCH, and KGS RESEARCH, INC., d/b/a VRI RESEARCH,

Defendants.

Case No.: 2:26-cv-03093-GMN-BNW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**(FIRST REQUEST)**

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendants GSK Research, Inc. d/b/a VRI Research and KGS Research, Inc., d/b/a VRI Research ("Defendants") and Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff"), by and through their counsel of record, hereby request and stipulate to extend the time for Defendants to respond to Plaintiff's First Amended Complaint ("FAC"). (ECF No. 5.) Defendants' response to Plaintiff's FAC is currently due on November 5, 2026. Because defense counsel has just been retained in this case, Defenants have requested and the EEOC has agreed~~the parties have agreed~~ to a fourteen (14) day extension of time

up to and including **November 19, 2026**, for Defendants to file their Answers to the FAC.~~respond to the FAC.~~ This is the parties' first request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this _5th_ day of November, 2026.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

/s/ *Derek W. Li*

Beatriz Biscardi Andre
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025

Sophia Tarazi
Gaganjyot Sandhi
Nevada Bar No. 327379
550 West C Street, Suite 750
San Diego, CA 92101

Derek W. Li
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012

*Attorneys for Plaintiff*

DATED this ____ day of _____, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/

Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants GSK Research, Inc., d/b/a VRI Research & KGS Research, Inc. d/b/a VRI Research*

**ORDER**

IT IS SO ORDERED.

______________________________
UNITED STATES JUDGE

______________________________
DATED

Formatted: Font: Italic

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

# Exhibit 2

# November 5, 2026, 3:31pm Email

## Hernandez, Noel M.

**From:** DEREK LI <DEREK.LI@EEOC.GOV>
**Sent:** Thursday, November 5, 2026 3:31 PM
**To:** Hernandez, Noel M.; Martin, Anthony (Tony) L.
**Cc:** Risucci, Vincent M.; Gonzalez, Monica; BEATRIZ ANDRE; SOPHIA TARAZI; GAGANJYOT SANDHU
**Subject:** RE: [External] RE: EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter

***[Caution: Email received from external source]***

---

Hi, Noel. Upon second thought, the EEOC has revised its position and will not agree to the stipulation. The EEOC proposes for Defendants to file a motion and can represent that the EEOC does not oppose the 14 day extension to file their Answers.

---

**From:** DEREK LI
**Sent:** Thursday, November 5, 2026 2:57 PM
**To:** 'Hernandez, Noel M.' <noel.hernandez@ogletree.com>; Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>
**Cc:** Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>; Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>; BEATRIZ ANDRE <BEATRIZ.ANDRE@EEOC.GOV>; SOPHIA TARAZI <SOPHIA.TARAZI@EEOC.GOV>; GAGANJYOT SANDHU <GAGANJYOT.SANDHU@EEOC.GOV>
**Subject:** RE: [External] RE: EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter

I have attached a draft with a few edits from the EEOC in red. If acceptable, the EEOC approves of the filing of a clean version of the attachment.

---

**From:** Hernandez, Noel M. <noel.hernandez@ogletree.com>
**Sent:** Thursday, November 5, 2026 2:39 PM
**To:** DEREK LI <DEREK.LI@EEOC.GOV>; Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>
**Cc:** Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>; Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>; BEATRIZ ANDRE <BEATRIZ.ANDRE@EEOC.GOV>; SOPHIA TARAZI <SOPHIA.TARAZI@EEOC.GOV>; GAGANJYOT SANDHU <GAGANJYOT.SANDHU@EEOC.GOV>
**Subject:** RE: [External] RE: EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter
**Importance:** High

> You don't often get email from noel.hernandez@ogletree.com. Learn why this is important

Good afternoon,

I'm copying the rest of the team listed in the caption of the First Amended Complaint. Defendants request a brief 14 day extension to file their response to the EEOC's First Amended Complaint. The new deadline would be November 19, 2026. If agreeable, I have attached a draft stipulation and order for your review and signature.

We currently have the deadline calendared for today, so your prompt response is greatly appreciated.

We appreciate this professional courtesy.

**Noel M. Hernandez | Ogletree Deakins**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 702-369-6802
noel.hernandez@ogletree.com | www.ogletree.com | Bio

---

**From:** Hernandez, Noel M. <noel.hernandez@ogletree.com>
**Sent:** Thursday, November 5, 2026 1:52 PM
**To:** DEREK LI <DEREK.LI@EEOC.GOV>; Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>
**Cc:** Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>; Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>
**Subject:** RE: [External] RE: EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter

Hi Derek,

We intend to file an Answer.

**Noel M. Hernandez | Ogletree Deakins**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 702-369-6802
noel.hernandez@ogletree.com | www.ogletree.com | Bio

---

**From:** DEREK LI <DEREK.LI@EEOC.GOV>
**Sent:** Thursday, November 5, 2026 1:50 PM
**To:** Hernandez, Noel M. <noel.hernandez@ogletree.com>; Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>
**Cc:** Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>; Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>
**Subject:** RE: [External] RE: EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter

***[Caution: Email received from external source]***

---

Thanks for reaching out. Will the Defendants be filing an Answer or some other response?

---

**From:** Hernandez, Noel M. <noel.hernandez@ogletree.com>
**Sent:** Thursday, November 5, 2026 1:36 PM
**To:** DEREK LI <DEREK.LI@EEOC.GOV>; Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>
**Cc:** Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>; Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>
**Subject:** [External] RE: EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter

You don't often get email from noel.hernandez@ogletree.com. Learn why this is important

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi Derek,

Defendants request a brief 14 day extension to file their response to the EEOC's First Amended Complaint. The new deadline would be November 19, 2026. If agreeable, I have attached a draft stipulation and order for your review and signature.

We appreciate this professional courtesy.

Thank you,
Noel

**Noel M. Hernandez | Ogletree Deakins**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 702-369-6802
noel.hernandez@ogletree.com | www.ogletree.com | Bio

---

**From:** DEREK LI <DEREK.LI@EEOC.GOV>
**Sent:** Tuesday, October 20, 2026 3:55 PM
**To:** Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>; Hernandez, Noel M. <noel.hernandez@ogletreedeakins.com>
**Subject:** EEOC v. GSK Research, Inc. / KSG Research, Inc. dba VRI Research - First Amended Complaint & Preservation Letter

***[Caution: Email received from external source]***

---

Please find attached to this email the EEOC's First Amended Complaint, which was filed on October 16, 2026, and is being served. The amended complaint is to correct the spelling of Mr. Westley Dunn's name and to clarify the disparate treatment claim of Ms. Wilson.

Please also find attached to this email is EEOC's letter on Defendant's preservation obligations.

If you have any questions, please let me know.

**Derek Li** *(he/him)*
**Senior Trial Attorney**
Los Angeles District Office
U.S. Equal Employment Opportunity Commission
255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
☎(213) 785-3077 🖶(213) 894-1301
✉derek.li@eeoc.gov
**Web:** www.EEOC.gov

Get EEOC news in your inbox.
Sign up here.

E-MAIL CONFIDENTIALITY NOTICE: This communication, including any attachments, is from the U.S. Equal Employment Opportunity Commission, Los Angeles District Office, and contains confidential information intended only for the addressee(s). The information contained in the transmission may also be privileged and/or subject to attorney work-product protection, and exempt from disclosure under applicable law. If you are not the intended recipient, any use, dissemination, distribution or copying of this document or its contents is strictly prohibited. If you have received this communication in error please contact the sender via e-mail immediately and destroy all copies of the original message.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*